# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00234-CV

**G. W. Sneed, Appellant**

**v.**

**Jackson National Life Distributors, Inc. d/b/a Jackson National Life Insurance, Appellee**

### FROM THE DISTRICT COURT OF RUNNELS COUNTY, 119TH JUDICIAL DISTRICT
### NO. 14,120, HONORABLE GARLAND B. WOODWARD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

G. W. Sneed appeals a final judgment that was signed on March 17, 2008. The clerk's record was due on May 16, 2008. No clerk's record has been filed due to appellant's failure to pay or make arrangements to pay the clerk's fee for preparing the clerk's record.

If the trial court fails to file the clerk's record due to appellant's failure to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, the appellate court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b).

Because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, this appeal is dismissed for want of prosecution.

_____

Diane M. Henson, Justice

Before Justices Patterson, Waldrop and Henson

Dismissed for Want of Prosecution

Filed:   August 14, 2008